UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No.:  17-03874-hb |
| Robert T Carlson and Mary M Carlson, | Chapter 13 |
| Debtor. | CONSENT ORDER |

This matter comes before the Court pursuant to the joint consent of Sparta GP Holding REO Corp (the "Mortgage Creditor"), Robert T. Carlson and Mary M Carlson (the "Debtors"), and the Chapter 13 Trustee.

NOW, THEREFORE, upon motion of Movant, and with the consent of Debtors and the Trustee, it is hereby ORDERED THAT the Debtors have one hundred twenty (120) days from the entry of this Order to market and sell the real property located at 106 Fire Pink Way, Landrum, SC 29356 (the "Real Property") in an amount sufficient to pay off Mortgage Creditor's lien in full.

IT IS FURTHER ORDERED THAT if Mortgage Creditor's lien is not paid off in full within 120 days from the entry of this Order, upon an *ex parte* showing by affidavit of that default and a proposed order, Movant shall automatically be entitled to relief from the stay so that it can proceed with its state court remedies against its security, including making demand for payment in the amount due.

I certify that this order contains a true and complete statement of the agreed upon terms of settlement between the parties.


/s/ Jason D. Wyman
_____

Jason D. Wyman (I.D. 11294)
ROGERS TOWNSEND & THOMAS, PC
Attorneys for Mortgage Creditor
P.O. Box 100200
Columbia, SC  29202
(803) 744-4444

/s/ Daniel A. Stone
_____

Daniel A. Stone
Stone Law Firm
Attorney for the Debtors
P.O. Box 3884
Irmo, SC 29063


/s/ Gretchen D. Holland, Chapter 13 Trustee
_____

Gretchen D. Holland
Chapter 13 Trustee